IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
CASE NO.: 2:14-CV-00005-FL

| | |
|---|---|
| **SEA HORSE REALTY &** ) | |
| **CONSTRUCTION, INC.,** ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| **CITIMORTGAGE, INC.,** ) | |
| ) | |
| Appellee. ) | |
| _____) | |

For cause shown in the foregoing motion, it is **ORDERED** that the above-captioned appeal is hereby dismissed.

This the 19th day of March, 2014.

_____
The Honorable Louise W. Flanagan
United States District Court Judge